# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 18, 2016

Robert P. Young, Jr.,
Chief Justice

153159-60

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

JUDITH ANGELOFF,
       Plaintiff-Appellee,

v

CITY OF ROYAL OAK,
       Defendant-Appellant,
and

GRAND TRUNK WESTERN RAILROAD
COMPANY,
       Defendant-Appellee.

SC: 153159
COA: 322643
Oakland CC: 2013-133293-NI

_____/

JUDITH ANGELOFF,
       Plaintiff-Appellee,

v

CITY OF ROYAL OAK,
       Defendant-Appellant,
and

GRAND TRUNK WESTERN RAILROAD
COMPANY,
       Defendant.

SC: 153160
COA: 322853
Oakland CC: 2013-133293-NI

_____/

On order of the Court, the stipulation signed by counsel for the parties agreeing to the dismissal of this application for leave to appeal is considered, and the application for leave to appeal is DISMISSED with prejudice and without costs.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 18, 2016



Clerk

t1115